| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br> A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501 Fax (888) 316-6107<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendant Guy Griffithe | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>GUY GRIFFITHE, Debtor<br>_____<br><br>JOSEPH SAMEC, PLAINTIFF<br>VS.<br>GUY GRIFFIHE, DEFENDANT<br><br><br>Debtor(s). | CASE NO.: Case No. 8:19-bk-12480-TA<br>CHAPTER: 7<br>ADV. PRO. NO.: 19-bk-01199-TA<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS</u>

    b. Date of filing of motion: <u>2/13/2020</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a. Briefly specify the relief requested in the motion:

    ALLOWING COHEN TO WITHDRAW AS DEFENDANT GUY GRIFFITHE'S COUNSEL IN THIS ADVERSARY CASE 8:19-ap-01199-TA

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                          **F 9075-1.1.APP.SHORT.NOTICE**

b.  Identify the parties affected by the relief requested in the motion:

   PLAINTIFF STEVEN BAGOT
   DEFENDANT GUY GRIFFITHE

c.  State the reasons necessitating a hearing on shortened time:

   STATUS CONFERENCE 3-12-2020 AT 10:00AM
   DEFENDANT'S DEADLINE TO BRING THE (CANNABIS) MOTION IS 2-20-2020.
   PLAINTIFF'S DEADLINE TO OPPOSE THE (CANNABIS) MOTION IS 3-2-2020.
   DEFENDANT'S DEADLINE TO REPLY TO THE (CANNABIS) MOTION IS 3-8-2020.
   PLAINTIFF'S DEADLINE TO BRING AN ABSTENTION MOTION IS 2-20-2020.
   DEFENDANT'S DEADLINE TO OPPOSE THE ABSTENTION MOTION IS 3-2-2020.
   PLAINTIFF'S DEADLINE TO REPLY TO THE ABSTENTION MOTION IS 3-8-2020.

3.  Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.  Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 2/13/2020

LAW OFFICE OF BARUCH C. COHEN, APLC
Printed name of law firm

/s/ Baruch C. Cohen
Signature of individual Movant or attorney for Movant

BARUCH C. COHEN
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/13/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR)         msilva@tomcaseylaw.com, thc@trustesolutions.net
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 2/13/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Joseph Samec, 838 N Charter Dr, Covina, CA 91724

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/13/2020,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, 411 West Fourth Street, Suite 5085, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/13/2020 | Baruch C. Cohen, Esq. | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**